```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

RAHMEL BARR,

Defendant.

12 Cr. 0476 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Government (see attached letter) requests that the next conference, scheduled for September 7, 2012, be adjourned until October 12, 2012 to allow for ongoing discussions concerning a disposition of the matter. Accordingly, the conference is adjourned to October 12, 2012 at 1:30 p.m.

    Defendant Rahmel Barr consents to exclusion of time from Speedy Trial Act calculations from September 7, 2012 to October 12, 2012. It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B). The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: New York, New York
       5 September 2012

                                      Victor Marrero
                                        U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2012

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: United States v. Rahmel Barr (12-cr-00476)**

Dear Judge Marrero,

      The Government writes to request an adjournment of the status conference currently scheduled for September 7, 2012 at 3:30 p.m. until October 12, 2012 at 1:30 p.m. This is the second request for an adjournment. The parties are continuing to work towards a final disposition of this case and need more time to engage in negotiations. The Government also requests that time be excluded under the Speedy Trial Act until the next scheduled conference. Mr. Robert M. Baum, counsel for the defendant, consents to the adjournment and to the exclusion of time.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By: _____
      Amy Garzon
      Assistant United States Attorney
      (212) 637-2431

CC:    Robert M. Baum, Assistant Federal Defender
      *Attorney for Defendant Rahmel Barr*